UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**03   12380 GAO**

NAIM DAMAA & LORRIE DAMAA, )
    Plaintiffs, )
    )
V. )
    )
DENNIS REARDON, as acting District )
Director, Citizenship and Immigration )
Services, Boston District Office; )
BRUCE CHADBORNE, Acting Director )
of Customs and Immigration Enforcement )
(ICE), Boston District, )
JOHN ASHCROFT, Attorney )
General of the United States; )
    Defendants. )

### EMERGENCY APPLICATION FOR WRIT OF HABEAS CORPUS AND EMERGENCY ORDER TO SHOW CAUSE

The petitioner hereby applies for a writ of Habeas Corpus, that the Court issue an emergency order to stay the petitioner's illegal summary deportation without review by the Immigration Court or another Judicial Authority, for release on Bond, and for the additional relief requested in the accompanying memorandum.

The facts and authorities that support this application are set forth in the accompanying memorandum and are incorporated herein by reference.

Respectfully submitted,
Naim K. DAMAA
By his attorney,

Jonathan S. Sales
21 School Street

(Certificate of Service)

I, Jonathan Sales, hereby certify that a true copy of this Emergency Application/Accompanying mg, the defendants, and the U.S. documents was served on the defendants at the U.S. Attorneys office for the Boston District, at 1 Courthouse Way, Boston, MA 02210, the U.S. Dept of Homeland Security, JFK Federal Bldg, Room 425, Boston MA 02203, for the defaults by delivery in hand on November 25, 2003.

/s/ Sales