UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>NAIM DAMAA and LORRIE DAMAA</u>,

        Petitioners,

    v.                                                    CIVIL ACTION
                                                              NO.   03-12380-GAO

<u>DENNIS REARDON, et al.</u>,

        Respondents.

O R D E R

<u>O'TOOLE, D. J.</u>

    On November 24, 2003, petitioner Naim Damaa, an immigration detainee ("Damaa"), and his wife, Lorrie Damaa, filed a petition through counsel for an emergency writ of habeas corpus under Section 2241 and an emergency order directing Respondents to demonstrate good cause why the petition should not issue. Petitioners also seek, among other things, an emergency stay of removal and an order directing Respondents to release Damaa or grant him a bond hearing. <u>See</u> Emergency Application; Memorandum of Law in Support of Application.

    The Court accepts the representation of counsel for the Department of Homeland Security that it will provide at least 48 hours advance notice of any scheduled removal or deportation of Damaa.

    A hearing on petitioners' applications is scheduled for Wednesday, December 10, 2003 at 2:15 pm.

SO ORDERED.

11/26/03                       s/ George A. O'Toole, Jr.
DATE                           UNITED STATES DISTRICT JUDGE