IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -5 P 12: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NAIM DAMAA and <br> LORRIE DAMAA, <br><br> Petitioners, <br><br> v. <br><br> DENNIS REARDON, et al., <br><br> Respondents. | Civil Action No. 03-12380-GAO |

## JOINT MOTION FOR STAY

The parties hereby jointly move to stay all deadlines in the above-referenced case, including the hearing currently scheduled for December 10, 2003 pending the parties efforts to resolve this case administratively. As grounds for this joint motion, the parties state as follows:

On or about November 25, 2003, Petitioners filed a Petition for Writ of Habeas Corpus in this immigration matter. Petitioner Naim Damaa is a Lebanese native and Australian citizen who overstayed a visa issued to him under the Visa Waiver Program. He alleges that earlier this year he entered into a bona fide marriage with Lorrie Damaa. Such marriage, among other things, may entitle Petitioner to adjust his status to that of Lawful Permanent Resident.

In order for the Respondents to make that determination, certain procedures, including interviews of the Petitioners, must be accomplished. This process may result in an adjustment of Petitioner's status, which would moot this entire case. Respondents will endeavor to interview Petitioners expeditiously, beginning this month, and to proceed with consideration of Mr. Damaa's petition for Legal Permanent Resident Status.

Therefore, the parties seek a stay of all deadlines in this case, including the currently scheduled December 10, 2003 hearing, until such time as either party requests that the hearing be rescheduled.

| For the Petitioners: | For the Respondents: |
|---|---|
| By their attorney, | By their attorney, |
| | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
| *Jonathan S. Sales* /s/ w/h permission<br>Jonathan S. Sales<br>21 School Street<br>Boston, MA 02108<br>(617) 723-6162 | By: *Jeremy Sternberg* /s/<br>Jeremy Sternberg<br>Assistant U.S. Attorney<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3142 |

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on ___

12/5/03
DATE           Assistant U.S. Attorney