IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NAIM DAMAA and )
LORRIE DAMAA, )      Civil Action No. 03-12380-GAO
            )
   Petitioners, )
            )
v.          )
            )
DENNIS REARDON, et als, )
            )
   Respondents. )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action, without costs and with all rights of appeal waived.

For the Petitioners:

By their attorney,

*[signature]*
Jonathan S. Sales
21 School Street
Boston, MA 02108
(617) 723-6162

For the Respondents:

By their attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *[signature]*
Jeremy Sternberg
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3142

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each Other party by mail/hand on _____

_____    *[signature]*
DATE              Assistant U.S. Attorney